FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JAN 13 AM 9: 17
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERARD J. PUGH, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-250
)
HOMER BRYSON, DISTRICT )
ATTORNEY MEG HEAP, and )
GEORGIA DEPARTMENT OF )
CORRECTIONS, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 4.) After careful consideration and review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's application to proceed in forma pauperis is **DENIED**. As a result, Plaintiff has **twenty-one (21) days** from the date of this Order to pay the $400.00 filing fee.

Additionally, as noted in the Report and Recommendation, Plaintiff's 42 U.S.C. § 1983 claims may be time barred by the two-year statute of limitations in O.C.G.A. § 9-3-33. After Plaintiff pays this Court's filing fee, Plaintiff may submit

an amended complaint to provide an explanation for why he did not pursue his § 1983 claims earlier.

SO ORDERED this 15th day of January 2020.

*[signature]*
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA