IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERARD J. PUGH,)
)
    Plaintiff,)
)
v.) CASE NO. CV419-250
)
HOMER BRYSON, DISTRICT ATTORNEY)
MEG HEAP, and GEORGIA)
DEPARTMENT OF CORRECTIONS,)
)
    Defendants.)
)

## ORDER

Before the Court is Plaintiff's Motion for Reconsideration. (Doc. 13.) After careful consideration of the record in this case, the Court sees no reason to reconsider its prior order. (Doc. 12.) Accordingly, Plaintiff's motion is **DENIED**.

SO ORDERED this 31ST day of January 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA