UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| GERARD J. PUGH | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CV419-250 |
| | ) | |
| HOMER BRYSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **REPORT AND RECOMMENDATION**

By Order of June 18, 2020, plaintiff was directed to perfect service of his pleading upon all defendants by July 17, 2020. *See* doc. 21. Plaintiff has not provided any indication that he has complied with this Order. Therefore, the Court **RECOMMENDS** that the complaint be **DISMISSED**.

The Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. See L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D.

Ga. June 10, 1992). Furthermore, under the Federal Rules of Civil Procedure, where a plaintiff does not effectuate service within 90 days of filing their complaint, the Court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P 4(m).

The service deadline was previously extended to July 17, 2020. Doc. 21 at 3–4. Despite this extension, plaintiff has not provided proof of service, Fed. R. Civ. P. 4(l), nor notice that defendants have affirmatively waived service, Fed. R. Civ. P. 4(d). He has, instead, filed a letter expressing that he previously provided two copies of his submissions to the Court with the intention that one be provided to defendants. Doc. 22. He has also filed a letter inquiring whether the Court has a valid address for Bryson. Doc. 24. A recent motion to amend does include a "certificate of service," attesting to copies being sent to defendants via the U.S. postal service. Doc. 25 at 2. These efforts, however, are not sufficient to qualify as service nor to excuse plaintiff's inaction.

The Court does not serve pleadings on behalf of parties that are not proceeding *in forma pauperis*. It is also not responsible for assisting plaintiff in investigating defendants' contact details. As the Court

previously advised, service must be conducted in accordance with Federal Rule of Civil Procedure 4.[1]  Doc. 21 at 3–4.  This requires more than filing with the Court or placing a copy of the complaint in the mail.

Accordingly, as plaintiff has failed to comply with this Court's Order and has not served defendants within the period allotted, Fed. R. Civ. P. 4(m), the Court **RECOMMENDS** that the claim be **DISMISSED**.  This report and recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.  The district judge will review the magistrate judge's findings and

---

[1] The Court has previously directed plaintiff to a free, publicly available copy of the Federal Rules of Civil Procedure.  Doc. 21 at 4, n. 1.

recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

SO **REPORTED AND RECOMMENDED**, this 19th day of October, 2020.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA