IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERARD J. PUGH,                    )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )      CASE NO. CV419-250
                                   )
HOMER BRYSON, Official             )
Capacity; DISTRICT ATTORNEY MEG    )
HEAP, Official Capacity; and       )
GEORGIA DEPARTMENT OF              )
CORRECTIONS;                       )
                                   )
        Defendants.                )
_____)

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 26), to which plaintiff has objected (Doc.
27). After a careful de novo review of the record, the report and
recommendation (Doc. 26) is **ADOPTED** as the Court's opinion in this
case.

The Federal Rules of Civil Procedure require a plaintiff to
serve all defendants within 90 days of filing a complaint. Fed. R.
Civ. P. 4(m). The deadline by which Plaintiff was to perfect
service in this case was December 30, 2019. Recognizing the
potential for confusion during the pendency of Plaintiff's motion
to proceed in forma pauperis—which, if granted, would have entitled
him to service by the U.S. Marshal Service—the Court entered an
order on June 11, 2020, directing Plaintiff to complete service by

July 13, 2020. (Doc. 19.) When Plaintiff failed to provide confirmation of service by the deadline, the Magistrate Judge recommended dismissal of the case. (Doc. 26.)

If a plaintiff fails to serve defendants within the time provided by the Federal Rules, the Court "**must** dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added). In his objection, captioned "Motion For Case to go [forward] and not [be] Dismissed," Plaintiff does not directly address the Magistrate Judge's recommendation, but suggests that his failure to serve is related to delays, interference, and human error with the postal service. (Doc. 27 at 1.) Even if true, problems with the postal service would not excuse the deficiency because merely mailing the complaint to Defendants is not adequate under the Federal Rules. Fed. R. Civ. P. 4(e) (providing acceptable means of service). As he is not proceeding in forma pauperis, he is not entitled to service by the Court or United States Marshals. 28 U.S.C. § 1915(d).

Therefore, as Plaintiff has failed to serve his complaint during the fourteen months since its initial filing, his objections are **OVERRULED** and the Report and Recommendation is **ADOPTED** as the opinion of the Court. (Doc. 26.) As a result, Plaintiff's complaint is **DISMISSED** and the Clerk of Court is **DIRECTED** to close the case.

Additionally, Plaintiff's pending motions (Docs. 23, 25, 28, 30) are **DISMISSED AS MOOT.**

    SO ORDERED this __25th__ day of January 2021.

                                  _____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA